IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

FEB 11 2026

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIN ALEXANDER LEON-<br>RODRIGUEZ<br>  a.k.a Erin Alexander Leon Rodriguez<br>  a.k.a Erin Alexander LeonRodriguez<br>  a.k.a Erin Alexander Leon Rodrigues<br>  a.k.a Erin Alexander Leon<br>  a.k.a Erin Alexander Rodriguez | No. 4:26CR__34<br>Judge ___<br><br>ALM<br>AGD |

## **INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

1.     Defendant **Erin Alexander Leon-Rodriguez, a.k.a Erin Alexander Leon Rodriguez, a.k.a Erin Alexander LeonRodriguez, a.k.a Erin Alexander Leon Rodrigues, a.k.a Erin Alexander Leon, a.k.a Erin Alexander Rodriguez** (hereinafter "**Leon-Rodriguez**") is a citizen of Honduras.

2.     **Leon-Rodriguez** was removed from the United States on or about June 28, 2022, after being subject to a final order of removal dated on or about June 10, 2022. According to that order, **Leon-Rodriguez** was removable/inadmissible and made no applications for relief from removal.

3.     After his 2022 deportation, **Leon-Rodriguez** was found illegally present in the United States by federal officials within the Eastern District of Texas. **Leon-**

Leon-Rodriguez Indictment—Page 1

**Rodriguez** did not obtain any visa, permit, or other lawfully issued document that would permit his lawful readmission to the United States following his June 2022 deportation.

4.      Specifically, on or about January 23, 2026, **Leon-Rodriguez** was the target of a removal operation conducted by a fugitive operations team consisting of United States Border Patrol Agent K.S., United States Immigration and Customs Enforcement ("ICE") Deportation Officer A.G., and ICE Supervisory Detention & Deportation Officer J.B., whose identities are known to the grand jury.

5.      The fugitive operations team located **Leon-Rodriguez** at a residential apartment complex in Plano, Texas with which **Leon-Rodriguez** was known to be associated.

6.      The fugitive operations team arrived at the apartment complex in unmarked vehicles.  One of the vehicles was a white Ford Explorer (the "Ford Explorer") owned by the Department of Homeland Security ("DHS"), which is a department of the United States, and utilized by the United States Border Patrol, an agency within DHS.

7.      Upon seeing **Leon-Rodriguez** enter his vehicle, which was in a parking spot outside the apartment complex, Officer A.G. and Agent K.S. approached in their unmarked vehicles and boxed **Leon-Rodriguez**'s vehicle into the parking spot it was occupying.  Officer A.G.'s vehicle was positioned on the driver's side of **Leon-Rodriguez**'s vehicle.  The Ford Explorer, driven by Agent K.S., was positioned behind **Leon-Rodriguez**'s vehicle.  Another parked vehicle occupied the spot to the passenger side of **Leon-Rodriguez**'s vehicle.

8.  Agent K.S. and Officer A.G. exited their vehicles and approached **Leon-Rodriguez**'s vehicle.  They were wearing clearly marked law enforcement vests.  Agent K.S. identified himself to **Leon-Rodriguez** as he approached the vehicle and directed **Leon-Rodriguez** to exit the vehicle.

9.  Standing in between **Leon-Rodriguez**'s vehicle and Officer A.G.'s vehicle, Agent K.S. attempted to open the driver's door to **Leon-Rodriguez**'s vehicle.  The door did not open.  With Agent K.S. and Officer A.G. standing only inches from the vehicle, **Leon-Rodriguez** drove his vehicle in reverse, ramming the Ford Explorer.

10.  After the first time that **Leon-Rodriguez** struck the Ford Explorer, Agent K.S. was able to step away to safety on a nearby sidewalk.  Officer A.G. moved behind the front of his own vehicle.  **Leon-Rodriguez** then rammed the white Ford Explorer with his vehicle multiple times, causing damage in excess of $2600.



11.  Paragraphs 1 through 10 of this indictment are incorporated in each Count of this Indictment as if fully restated therein.

## Count One

Violation: 18 U.S.C. § 111(a)
(Resisting, Opposing, Impeding, and
Interfering with Certain Officers or
Employees)

12.     On or about January 23, 2026, in the Eastern District of Texas, the

defendant, **Erin Alexander Leon-Rodriguez, a.k.a Erin Alexander Leon Rodriguez,**

**a.k.a Erin Alexander LeonRodriguez, a.k.a Erin Alexander Leon Rodrigues, a.k.a**

**Erin Alexander Leon, a.k.a Erin Alexander Rodriguez**, did intentionally forcibly

assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18

U.S.C. §1114, to wit: K.S., a federal agent with the United States Border Patrol, and

A.G., a deportation officer with United States Immigration and Customs Enforcement,

while K.S. and A.G. were engaged in the performance of their official duties, with the

intent to commit another felony, namely Destruction of Government Property in violation

of 18 U.S.C. § 1361 and Criminal Mischief in violation of Texas Penal Code § 28.03, all

in violation of 18 U.S.C. § 111(a).

## Count Two

Violation: 18 U.S.C. § 1361
(Destruction of Government Property)

13.     On or about January 23, 2026, in the Eastern District of Texas, the

defendant, **Erin Alexander Leon-Rodriguez, a.k.a Erin Alexander Leon Rodriguez,**

**a.k.a Erin Alexander LeonRodriguez, a.k.a Erin Alexander Leon Rodrigues, a.k.a**

**Erin Alexander Leon, a.k.a Erin Alexander Rodriguez**, did willfully injure and

attempt to injure property of the United States, or a department or agency thereof, to wit: a white Ford Explorer owned by the United States Department of Homeland Security, and the damage and attempted damage to such property exceeded the sum of $1,000, all in violation of 18 U.S.C. § 1361.

## Count Three

Violation: 8 U.S.C. § 1326
(Illegal Reentry after Removal)

14.    On or about January 23, 2026, in the Eastern District of Texas, the defendant, **Erin Alexander Leon-Rodriguez, a.k.a Erin Alexander Leon Rodriguez, a.k.a Erin Alexander LeonRodriguez, a.k.a Erin Alexander Leon Rodrigues, a.k.a Erin Alexander Leon, a.k.a Erin Alexander Rodriguez**, an alien who previously had been denied admission, excluded, deported and removed from the United States on or about June 28, 2022, was found knowingly in the United States and did not obtain consent for reapplication for admission into the United States from the Attorney General of the United States and the Secretary of Homeland Security, all in violation of 8 U.S.C. § 1326.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

JAY COMBS
UNITED STATES ATTORNEY


_____
PETER T. THOMAS
Assistant United States Attorney

Date: _____Feb. 11, 2026_____

Leon-Rodriguez Indictment—Page 6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

v.

ERIN ALEXANDER LEON-
RODRIGUEZ
  a.k.a Erin Alexander Leon Rodriguez
  a.k.a Erin Alexander LeonRodriguez
  a.k.a Erin Alexander Leon Rodrigues
  a.k.a Erin Alexander Leon
  a.k.a Erin Alexander Rodriguez

No. 4:24CR____
Judge ____

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 111

Penalty:    Where the acts in violation of this section constitute only simple assault, imprisonment not more than one year, a fine not to exceed $250,000 or both; and a term of supervised release not to exceed one year;

Or where such acts involve physical contact with the victim of that assault or the intent to commit another felony, imprisonment not more than 8 years, a fine not to exceed $250,000, or both; and a term of supervised release not to exceed three years;

Or whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both; and a term of supervised release not to exceed five years.

Special Assessment: $100.00

Leon-Rodriguez Notice of Penalty—Page 1

**Count Two**

Violation:     18 U.S.C. § 1361

Penalty:     If the damage or attempted damage to such property exceeds the sum of $1,000, by a fine under this title or imprisonment for not more than ten years, or both; if the damage or attempted damage to such property does not exceed the sum of $1,000, by a fine under this title or by imprisonment for not more than one year, or both.

Special Assessment: $100.00

**Count Three**

Violation:     8 U.S.C. § 1326

Penalty:     Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony – not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for commission of an aggravated felony – not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special Assessment: $100.00

Leon-Rodriguez Notice of Penalty—Page 2