AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ERIN ALEXANDER LEON-RODRIGUEZ<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   4:26cr34-ALM-AGD<br><br><br>**7:02 pm Feb 13, 2026**<br>**RECEIVED**<br>**EASTERN DISTRICT OF TEXAS** |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ERIN ALEXANDER LEON-RODRIGUEZ                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1-18 U.S.C. § 111(a) - Resisting, Opposing, Impeding, and Interfering with Certain Officers or E ployees
Count - 18 U.S.C. § 1361- Destruction of Government Property
Count 2-8 U.S.C. § 1326 - Illegal Reentry after Removal

Date:      02/11/2026                                    _David A. O'Toole_
                                                          *Issuing officer's signature*

City and state:      Sherman, Texas                        David A. O'Toole, Clerk
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)*  2/24/26         , and the person was arrested on *(date)*  2/24/26
at *(city and state)*   Dallas, Texas                     .

Date: 2/24/26                                     _____
                                                  *Arresting officer's signature*

                                                  Luis Iglesias D.O.
                                                  *Printed name and title*